AO 436
(Rev. 04/13)
Read Instructions.

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**AUDIO RECORDING ORDER**

FILED
SEP 29 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| 1. NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS |
|---|---|---|
| Jaclyn Aruch | (516) 987-3167 | aruchj@gmail.com |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 125-10 Queens Blvd. Suite 319 | Kew Gardens | NY | 11415 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
|---|---|---|---|
| DR-10-MJ-4971 | US v. Orsorio Manzanares | 10. FROM 6/9/2010 | 11. TO 6/9/2010 |

| 12. PRESIDING JUDGE | LOCATION OF PROCEEDINGS | |
|---|---|---|
| COLLIS WHITE | 13. CITY DEL RIO | 14. STATE TEXAS |

**15. ORDER FOR**

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☒ OTHER (Specify) MAGISTRATE

**16. AUDIO RECORDING REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 06/09/2010 | ☒ TESTIMONY (Specify Witness) | 06/09/2010 |
| ☒ OPENING STATEMENT (Plaintiff) | 06/09/2010 | MARVIN OSORIO | |
| ☒ OPENING STATEMENT (Defendant) | 06/09/2010 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 06/09/2010 | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☒ CLOSING ARGUMENT (Defendant) | 06/09/2010 | | |
| ☒ OPINION OF COURT | 06/09/2010 | | |
| ☒ JURY INSTRUCTIONS | 06/09/2010 | ☒ OTHER (Specify) | |
| ☒ SENTENCING | 06/09/2010 | COPY OF COMPLAINT | CERTIFIED COPIES |
| ☒ BAIL HEARING | 06/09/2010 | COPY OF JUDGEMENT | PAYMENT INCLUDED |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | 23.00 |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | 30.00 |
| ☐ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | | |
| | ESTIMATE TOTAL | 53.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| JACLYN ARUCH | 9/11/2014 |

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 53.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 53.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 53.00 |

DISTRIBUTION:     COURT COPY     ORDER RECEIPT     ORDER COPY